FILED
CLERK, U.S. DISTRICT COURT

FEB - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN D. BOYD, | NO. ED CV 09-1227-DSF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| FERNANDO GONZALEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 1/28/10

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE